# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5275**                                                  **September Term, 2023**

1:13-cv-00966-RJL

**Filed On: November 27, 2023** [2028644]

National Association of Mutual Insurance
Companies,

        Appellant

        v.

United States Department of Housing &
Urban Development and Maria L. Fudge, in
her official capacity as Secretary of Housing
and Urban Development,

        Appellees

**O R D E R**

The notice of appeal was filed on November 17, 2023, and docketed in this court on November 27, 2023. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 27, 2023 |
| Docketing Statement Form | December 27, 2023 |
| Entry of Appearance Form | December 27, 2023 |
| Procedural Motions, if any | December 27, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | December 27, 2023 |
| Statement of Issues to be Raised | December 27, 2023 |
| Transcript Status Report | December 27, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | December 27, 2023 |
| Dispositive Motions, if any | January 11, 2024 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5275**　　　　　　　　　　　　　　　　　　**September Term, 2023**

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 27, 2023 |
| Entry of Appearance Form | December 27, 2023 |
| Procedural Motions, if any | December 27, 2023 |
| Dispositive Motions, if any | January 11, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Lynda M. Flippin
　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　Civil Docketing Statement Form
　　　Entry of Appearance Form
　　　Transcript Status Report Form
　　　Request to Enter Appellate Mediation Program
　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　Stipulation to be Placed in Stand-By Pool of Cases