# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Ass'n of Mutual Insurance Cos.

v.

HUD, et al.

**Case No:** 23-5275

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Dep't of Housing & Urban Development;

Marcia L. Fudge, in her official capacity as

Secretary of Housing & Urban Development

### Counsel Information

Lead Counsel: Stephanie R. Marcus

Direct Phone: (202) 514-1633  Fax: (202) 307-2551  Email: stephanie.marcus@usdoj.gov

2nd Counsel: Michael S. Raab

Direct Phone: (202) 514-4053  Fax: (202) 307-2551  Email: michael.raab@usdoj.gov

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Ave., NW, Room 7539, Washington, DC 20530

Firm Phone: (___) ___-____  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)