# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Ass'n of Mutual Insurance Cos.

v.

HUD, et al.

**Case No:** 23-5275

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Ass'n of Mutual Insurance Cos.

### Counsel Information

Lead Counsel: Kannon Shanmugam

Direct Phone: (202) 223-7325  Fax: (202) 204-7397  Email: kshanmugam@paulweiss.com

2nd Counsel: William T. Marks

Direct Phone: (202) 223-7314  Fax: (202) 330-5974  Email: wmarks@paulweiss.com

3rd Counsel:

Direct Phone: (   )    -     Fax: (   )    -     Email:

Firm Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Firm Address: 2001 K Street, N.W., Washington DC 20006

Firm Phone: (202) 223-7300  Fax: (202) 223-7420  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)