# In the United States Court of Appeals for the District of Columbia Circuit

_____

No. 23-5275

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, APPELLANT

*v.*

UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT AND MARCIA L. FUDGE, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOUSING AND URBEN DEVELOPMENT, APPELLEES

_____

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

_____

I, Kannon K. Shanmugam, counsel for appellant National Association of Mutual Insurance Companies (NAMIC) and a member of the Bar of this Court, certify as follows:

**(A)   Parties and amici.**   The parties, intervenors, and amici that appeared before the district court or are participating in this appeal are the United States Department of Housing & Urban Development; Marcia L. Fudge, in her official capacity as Secretary of Housing and Urban Development; Shaun Donovan, in his official capacity as Secretary of Housing and Urban Development; Julian Castro, in his official capacity as Secretary of Housing and Urban Development; Benjamin S. Carson, Sr., in his official capacity

(1)

as Secretary of Housing and Urban Development (HUD); American Insurance Association; NAMIC; Judicial Watch, Inc., Allied Educational Foundation; National Fair Housing Alliance; Lawyers' Committee for Civil Rights Under Law; National Low Income Housing Coalition; Poverty & Race Research Action Council; National Housing Law Project; LatinoJustice PRLDEF; NAACP Legal Defense and Education Fund, Inc.; American Civil Liberties Union; National Consumer Law Center; National Community Reinvestment Coalition; Chamber of Commerce of the United States of America; American Financial Services Association; Consumer Mortgage Coalition; Independent Community Bankers of America; Mortgage Bankers Association; National Association of Home Builders of the United States, Inc.; American Bankers Association; Consumer Bankers Association; Financial Services Roundtable; and AARP.

**(B)** **Rulings under review.** The ruling under review is the district court's order and memorandum opinion of September 19, 2023, Dkt. Nos. 155 and 156, denying summary judgment to plaintiff NAMIC, granting summary judgment to defendants HUD and Secretary Fudge, and dismissing the case. The opinion is not yet reported but is available at 2023 WL 6142257.

**(C)** **Related cases.** This case has previously been before this Court under the caption *American Insurance Association, et al.* v. *Department of Housing & Urban Development, et al.*, No. 14-5321. In that appeal, this Court

2

vacated a prior judgment of the district court and remanded the case in light of the Supreme Court's decision in *Texas Department of Housing & Community Affairs* v. *Inclusive Communities Project, Inc.*, 576 U.S. 519 (2015). Counsel for appellant is not aware of any additional related cases within the meaning of Circuit Rule 28(a)(1)(C).

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

DECEMBER 20, 2023