# In the United States Court of Appeals for the District of Columbia Circuit

———————

No. 23-5275

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, APPELLANT

*v.*

UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT AND MARCIA L. FUDGE, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOUSING AND URBEN DEVELOPMENT, APPELLEES

———————

**STATEMENT OF THE ISSUE TO BE RAISED**

———————

The issue that appellant intends to raise in this appeal is whether the Department of Housing and Urban Development's 2013 rule, 78 Fed. Reg. 11,460, reinstated as the 2023 rule, 88 Fed. Reg. 19,450, as applied to the ratemaking and underwriting practices of insurers, comports with the Supreme Court's interpretation of the Fair Housing Act in *Texas Department of Housing & Community Affairs* v. *Inclusive Communities Project, Inc.*, 576 U.S. 519 (2015).

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

DECEMBER 20, 2023