𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
𝔣𝔬𝔯 𝔱𝔥𝔢 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 ℭ𝔬𝔩𝔲𝔪𝔟𝔦𝔞 ℭ𝔦𝔯𝔠𝔲𝔦𝔱

———————

No. 23-5275

NATIONAL ASSOCIATION OF MUTUAL INSURANCE
COMPANIES, APPELLANT

*v.*

UNITED STATES DEPARTMENT OF HOUSING & URBAN
DEVELOPMENT AND MARCIA L. FUDGE, IN HER OFFI-
CIAL CAPACITY AS SECRETARY OF HOUSING AND UR-
BEN DEVELOPMENT, APPELLEES

———————

**STATEMENT OF INTENT TO USE A DEFERRED APPENDIX**

———————

Pursuant to the Court's order of November 27, 2023, appellant states that it intends to use a deferred appendix in this appeal.

                                                  /s/ Kannon K. Shanmugam
                                                  KANNON K. SHANMUGAM
                                                  PAUL, WEISS, RIFKIND,
                                                    WHARTON & GARRISON LLP
                                                  *2001 K Street, N.W.*
                                                  *Washington, DC 20006*
                                                  *(202) 223-7300*
                                                  *kshanmugam@paulweiss.com*

DECEMBER 20, 2023