# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases (To be completed by appellant)*

1. CASE NO. 23-5275
2. DATE DOCKETED: 11/27/2023
3. CASE NAME (lead parties only) Nat'l Ass. of Mutual Ins. Cos. v. Department of Housing & Urban Development
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.      Tax Court Docket No.
      Civil Action 13-cv-00966       Bankruptcy                        Tax
      Criminal                        Adversary
      Miscellaneous                   Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Richard J. Leon                             Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 09/19/2023   e. Date notice of appeal filed: 11/17/2023
   f. Has any other notice of appeal been filed in this case? ⦿ Yes ○ No   If YES, date filed: 12/18/2014
   g. Are any motions currently pending in trial court? ○ Yes ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes ⦿ No
      If NO, why not? Transcripts of proceedings are already on file.
   i. Has this case been before the Court under another appeal number? ⦿ Yes  Appeal # 14-5321   ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes ○ No  If YES, give each case's court and case name, and docket number:
      Huskey v. State Farm Fire & Casualty Co., Civ. No. 22-7014 (N.D. Ill.)
   k. Does this case turn on validity or correct interpretation or application of a statute? ⦿ Yes ○ No
      If YES, give popular name and citation of statute Fair Housing Act, 42 U.S.C. 3604
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ⦿ No   If so, provide program name and participation dates

Signature /s/ Kannon K. Shanmugam   Date 12-20-2023
Name of Party National Association of Mutual Insurance Companies
Name of Counsel for Appellant/Petitioner Kannon K. Shanmugam
Address 2001 K St. NW, Washington DC 20006
Phone ( 202 ) 223-7300   Fax ( 202 ) 204-7397

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)