IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>    Appellant,<br><br>            v.<br><br>UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT and MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development,<br><br>    Appellees. | No. 23-5275 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

A. <u>Parties and Amici</u>

    The parties and amici are listed in the certificate filed by counsel for appellant National Association of Mutual Insurance Companies, filed in this Court on December 20, 2023.

B. <u>Ruling Under Review</u>

    The ruling under review is the district court's order and memorandum opinion of September 19, 2023, Dkt. Nos. 155 and 156. The opinion is not yet reported, but it is available at 2023 WL 6142257.

C. <u>Related Cases</u>

This case has previously been before this Court, *American Insurance Association, et al. v. Department of Housing & Urban Development, et al.*, No. 14-5321. Counsel for defendants-appellees are not aware of any other related cases within the meaning of Circuit Rule 28(a)(1)(C).

                      Respectfully submitted,

                   /s/ Michael S. Raab
                  MICHAEL S. RAAB
                  (202) 514-4053
                    Attorney, Appellate Staff
                    Civil Division
                    U.S. Department of Justice
                    950 Pennsylvania Ave., NW
                    Washington, DC  20530
                    Counsel for Defendants-Appellees

December 27, 2023