**ORAL ARGUMENT NOT SCHEDULED**
No. 23-5275

In The
UNITED STATES COURT OF APPEALS
for the District of Columbia Circuit

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,
Plaintiff-Appellant,

v.

HUD, et al.,
Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NOTICE BY THE NATIONAL ASSOCIATION OF HOME BUILDERS OF INTENT TO FILE *AMICUS CURIAE* BRIEF BY CONSENT

> Thomas J. Ward*
> National Association of
>   Home Builders of the
>   United States
> 1201 15th Street, N.W.
> Washington, D.C.  20005
> (202) 266-8200
> tward@nahb.org
> *Counsel for Amicus Curiae*

January 5, 2024

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

Pursuant to D.C. Circuit Rule 29(b), the National Association of Home Builders of the United States ("NAHB") hereby notifies this Court of its intent to file an amicus curiae brief in support of the National Association of Mutual Insurance Companies. All parties have consented to the filing of the brief.

## CORPORATE DISCLOSURE STATEMENT

In accordance with D.C. Circuit Rule 26.1 and the Federal Rules of Appellate Procedure, *amicus* National Association of Home Builders of the United States ("NAHB") states that it is a non-profit 501(c)(6) corporation incorporated in the State of Nevada, with its principal place of business in Washington, D.C. NAHB has no corporate parents or subsidiaries and no publicly traded stock. No publicly traded company has a ten percent or greater ownership interest in NAHB. It is composed of approximately 800 state and local home builders' associations with whom it is affiliated, but all of those associations are, to the best of NAHB's knowledge, nonprofit corporations that have not issued stock to the public.

Respectfully submitted,

/s/ *Thomas J. Ward*

Thomas J. Ward
National Association of Home
    Builders
1201 15th Street, NW
Washington, D.C. 20005
(202) 266-8230
tward@nahb.org

*Counsel for NAHB*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, an electronic PDF of the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which effected service upon counsel of record through the Court's system.

/s/ *Thomas J. Ward*
Thomas J. Ward