# In the United States Court of Appeals for the District of Columbia Circuit

_____

No. 23-5275

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, PLAINTIFF-APPELLANT

*v.*

UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; MARICA L. FUDGE, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOUSING AND URBAN DEVELOPMENT, DEFENDANTS-APPELLEES

_____

**UNOPPOSED MOTION OF APPELLANT
FOR AN EXTENSION OF TIME TO FILE BRIEF**

_____

Pursuant to Federal Rule of Appellate Procedure 26(b), appellant National Association of Mutual Insurance Companies moves for a 30-day extension of time to file its opening brief. Counsel for appellant have conferred with counsel for appellees, who have consented to this request.

1. Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time to file "[f]or good cause."

2. Appellant's brief is currently due on April 1, 2024. Appellant requests a 30-day extension of time to file its brief, which would make the brief due on May 1, 2024.

(1)

3. Counsel for appellant have conferred with counsel for appellees, who have consented to this request.

4. Reasoned justification exists for appellant's request for an extension of time. The undersigned counsel has numerous other briefs and arguments with proximate due dates, including:

- a reply brief in the United States Supreme Court due March 15, 2024 (*Connelly* v. *United States*, No. 23-146);

- a reply brief in support of a petition for a writ of certiorari in the United States Supreme Court due March 27, 2024 (*Visa Inc.* v. *National ATM Council, Inc.*, No. 23-814);

- an oral argument in the United States Supreme Court on March 27, 2024 (*Connelly* v. *United States*, No. 23-146);

- and a reply brief in the United States Court of Appeals for the Fifth Circuit due April 3, 2024 (*Van Loon* v. *Department of Treasury*, No. 23-50669).

Accordingly, appellant's counsel requires an additional 30 days to prepare appellant's brief.

5. This is the first request for an extension of time by appellant and is not made for delay. No party will be prejudiced if it is granted.

                         Respectfully submitted,

                         /s/ Kannon K. Shanmugam
                         KANNON K. SHANMUGAM
                         PAUL, WEISS, RIFKIND,
                           WHARTON & GARRISON LLP
                          *2001 K Street, N.W.*
                          *Washington, DC 20006*
                          *(202) 223-7300*
                          *kshanmugam@paulweiss.com*

MARCH 12, 2024

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d)(1)(E) and (d)(2)(A), 32(a)(5), and 32(a)(6) that the foregoing Unopposed Motion For An Extension Of Time to File Appellant's Brief is proportionately spaced, has a typeface of 14 points or more, and contains 276 words. I further certify that the electronic version of this filing was automatically scanned for viruses and found to contain no known viruses.

MARCH 12, 2024                                                          /s/ Kannon K. Shanmugam
                                                                                                   KANNON K. SHANMUGAM