# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5275**  September Term, 2023

1:13-cv-00966-RJL

Filed On: March 14, 2024 [2044876]

National Association of Mutual Insurance Companies,

      Appellant

    v.

United States Department of Housing & Urban Development and Maria L. Fudge, in her official capacity as Secretary of Housing and Urban Development,

      Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file its opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | May 1, 2024 |
| Amicus Curiae for Appellant's Brief | May 8, 2024 |
| Appellees' Brief | June 7, 2024 |
| Appellant's Reply Brief | June 28, 2024 |
| Deferred Appendix | July 5, 2024 |
| Final Briefs | July 19, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk