ORAL ARGUMENT NOT SCHEDULED YET

No. 23-5275

# In the United States Court of Appeals For the District of Columbia Circuit

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,

*Plaintiff-Appellant*,

v.

HUD, *et al.*,

*Defendants-Appellees*.

On Appeal from the United States District Court for the District of Columbia (No. 1:13-cv-966, Hon. Richard J. Leon, J.)

**NOTICE OF INTENTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF APPELLANT AND REVERSAL**

TARA S. MORRISSEY
JONATHAN D. URICK
KEVIN R. PALMER
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, DC 20062

*Counsel for* Amicus Curiae
*Chamber of Commerce of the United States of America*

PATRICK STRAWBRIDGE*
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

C'ZAR BERNSTEIN
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209

May 8, 2024

*Counsel for Amicus Curiae

*Counsel for Amicus Curiae*

## NOTICE OF INTENTION TO PARTICIPATE AS AMICUS CURIAE

The Chamber of Commerce of the United States of America gives notice of its intention to participate as *amicus curiae* in the above-captioned matter. The Chamber will timely file an amicus brief in support of the National Association of Mutual Insurance Companies on May 8, 2024, that does not exceed 6,500 words. All parties were asked and consented to the Chamber's filing of an amicus brief.

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amicus curiae* Chamber of Commerce of the United States of America makes these disclosures: The Chamber is a nonprofit organization organized under the laws of the District of Columbia. It has no parent corporation, subsidiaries, or affiliates with any outstanding securities in the hands of the public. No publicly held company owns ten percent or more of its stock.

/s/ Patrick Strawbridge
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

May 8, 2024

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2022, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

Date: May 8, 2022

           */s/ Patrick Strawbridge*
PATRICK STRAWBRIDGE
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Amicus Curiae*