ORAL ARGUMENT HAS NOT BEEN SCHEDULED

No. 23-5275

IN THE

# United States Court of Appeals for the District of Columbia Circuit

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,

*Plaintiff-Appellant*

*v.*

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND ADRIANNE TODMAN, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY OF HOUSING AND URBAN DEVELOPMENT,

*Defendants-Appellee*

On Appeal from the United States District Court for the District of Columbia (Civ. No. 13-966)

(The Honorable Richard J. Leon, J.)

## NOTICE OF INTENTION OF NATIONAL COUNCIL OF INSURANCE LEGISLATORS TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF-APPELLANT AND REVERSAL

ERIC T. WERLINGER
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW – Suite 800
Washington, DC 20006
(202) 625-3500
eric.werlinger@kattenlaw.com

NAT SHAPO
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
nat.shapo@katten.com

*Counsel for* Amicus Curiae

## NOTICE OF INTENTION TO PARTICIPATE AS AMICUS CURIAE

National Council of Insurance Legislators ("NCOIL") gives notice of its intention to participate as *amicus curiae* in the above-captioned matter. NCOIL has timely filed an amicus brief in support of the National Association of Mutual Insurance Companies on May 8, 2024 that did not exceed 6,500 words. All parties were asked and consented to NCOIL's filing of an amicus brief.

    Respectfully submitted,

    */s/ Nat Shapo*

| | |
|---|---|
| ERIC WERLINGER | NAT SHAPO |
| KATTEN MUCHIN ROSENMAN LLP | KATTEN MUCHIN ROSENMAN LLP |
| 1919 Pennsylvania Ave NW – Suite 800 | 525 W. Monroe Street |
| Washington, DC 20006 | Chicago, IL 60661 |
| (202) 625-3500 | (312) 902-5200 |
| | COUNSEL FOR *AMICUS CURIAE* |

MAY 9, 2024

1

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *Amicus Curiae* National Council of Insurance Legislators ("NCOIL") makes the following disclosures:

1. NCOIL is the organization representing the interests of State insurance legislators who author State insurance codes. These statutes regulate the insurer discrimination practices that are the subject of this appeal, and NCOIL has unique perspective and expertise regarding these laws' basis in Federal law, specifically the McCarran–Ferguson Act.

2. NCOIL is unincorporated and its members have no ownership interests. No members have issued shares or debt securities to the public.

*/s/ Nat Shapo* _____
NAT SHAPO
COUNSEL FOR *AMICUS CURIAE*

MAY 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be filed on May 9, 2024, with the Clerk of the Court for the District of Columbia Court of Appeals using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

                                                */s/ Nat Shapo*
                                                NAT SHAPO
                                                COUNSEL FOR *AMICUS CURIAE*

MAY 9, 2024