ORAL ARGUMENT NOT YET SCHEDULED

No. 23-5275

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,

*Plaintiff-Appellant*

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT

*Defendant-Appellee*

On Appeal from the United States District Court
for the District of Columbia, No. 13-cv-966 (RJL)

## NOTICE OF INTENTION OF AMERICAN BANKERS ASSOCIATION AND INDEPENDENT COMMUNITY BANKERS OF AMERICA® TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF-APPELLANT

| | |
|---|---|
| Paul F. Hancock | John Longstreth |
| K&L GATES LLP | K&L GATES LLP |
| Southeast Financial Center, Suite 3900 | 1601 K Street NW |
| 200 South Biscayne Boulevard | Washington, D.C. 20006 |
| Miami, FL 33131-2399 | (202) 778-9000 |
| (305) 539-3300 | john.longstreth@klgates.com |
| paul.hancock@klgates.com | |
| | *Counsel for Amici Curiae* |

NOTICE OF INTENTION TO PARTICIPATE AS *AMICUS CURIAE*

American Bankers Association ("ABA") and Independent Community Bankers of America® ("ICBA) give notice of their intention to participate as *amicus curiae* in the above-captioned matter. ABA and ICBA have timely filed an amicus brief in support of the National Association of Mutual Insurance Companies on May 8, 2024, that did not exceed 6,500 words. All parties were asked and consented to their filing of an amicus brief.

Respectfully submitted,

Paul F. Hancock
K&L GATES LLP
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, FL 33131-2399
(305) 539-3300
paul.hancock@klgates.com

*/s/ John Longstreth*
John Longstreth
K&L GATES LLP
1601 K Street NW
Washington, D.C. 20006
(202) 778-9000
john.longstreth@klgates.com

*Counsel for Amici Curiae American Bankers Association and Independent Community Bankers of America*®

May 9, 2024

1

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.01, *Amicus Curiae* American Bankers Association ("ABA") and Independent Community Bankers of America® ("ICBA") makes the following disclosures:

1.  ABA is the principal national trade association of the financial services industry in the United States. The ABA is the voice for the nation's $13 trillion banking industry and its million employees. ABA members are located in each of the fifty states and the District of Columbia, and include financial institutions of all sizes and types, both large and small. ABA members hold a substantial majority of domestic assets of the banking industry of the United States and are leaders in all forms of consumer financial services.

2.  ICBA is a national association that helps create and promote and environment where community banks flourish. ICBA powers the potential of the nation's community banks through effective advocacy, education, and innovation. ICBA's membership consists of thousands of community banks located throughout the United States. ICBA's members collectively operate nearly 50,000 locations nationwide, employ nearly 700,000 Americans, hold $5.8 trillion in assets, hold $4.8 trillion in deposits, and make $3.8 trillion in loans to consumers, small businesses, and the agricultural community.

3.  ABA and ICBA are unincorporated and their members have no ownership interests. No members have issued shares or debt securities to the public.

s/*John Longstreth*
John Longstreth
Counsel for *Amici Curiae*

May 9, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2024, the foregoing document to be filed on May 9, 2024, with the Clerk of the Court for the District of Columbia Court of Appeals using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter

s/*John Longstreth*
John Longstreth
Counsel for *Amici Curiae*

May 9, 2024