IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT and ADRIANNE TODMAN, in her official capacity as Acting Secretary of Housing and Urban Development,<br><br>Appellees. | No. 23-5275 |

**UNOPPOSED MOTION FOR A 26-DAY EXTENSION
OF TIME TO FILE APPELLEES' BRIEF**

Appellees the U.S. Department of Housing and Urban Development and Acting Secretary Adrianne Todman (collectively "HUD"), respectfully move for a 26-day extension of time, to and including July 3, 2024, in which to file their appellees' brief in the above-captioned appeal. Counsel for appellant are unopposed to the motion.

A. Appellant filed its opening brief on May 1, 2024, following a 30-day extension of time. On May 8, 2024, four amicus briefs in support of appellant

were filed. HUD's brief is currently due on June 7, 2024. HUD has not previously requested an extension of time. For the reasons set forth below, the requested 26-day extension is necessary for government counsel to file the appellees' brief.

B. Primary responsibility for preparing the appellees' brief has been assigned to Stephanie R. Marcus and her reviewer, Michael S. Raab.

C. The requested extension is necessary in light of the press of litigation deadlines in other pending cases. Ms. Marcus traveled to Richmond on May 7-8, 2024 to present oral argument in *United States ex rel. John Doe v. Credit Suisse AG*, 4th Cir. No. 22-1054 (argued May 8, 2024). Ms. Marcus is also working with the Commercial Litigation Branch to review the government's brief in *HealtheState, LLC v. United States*, Fed. Cir. No. 2024-1336 (appellee's brief due May 17, 2024). In addition, Ms. Marcus is counsel for respondent EEOC in *Ward v. Alaska*, 9th Cir. Nos. 22-70141, 22-70142, and is helping co-counsel prepare for oral argument on May 21, 2024. Mr. Raab is the reviewer in numerous other cases during the relevant time period, including *United States v. Teva Pharmaceuticals*, No. 23-1958 (1st Cir.) (appellee brief filed May 6, 2024); *State of Oklahoma v. HHS*, No. 24-6063 (10th Cir.) (appellee brief filed May 10, 2024); *United States ex rel. USN4U, LLC v. Wolf Creek Federal Servs., Inc.*, No. 24-3022 (6th Cir.) (appellee brief due May 31, 2024); *United States v. Regeneron Pharmaceuticals*, No. 23-2086 (1st Cir.) (reply brief due June 5, 2024); and *Pharmaceutical*

*Coalition for Patient Access v. United States*, No. 24-1230 (4th Cir.) (appellees' brief due June 12, 2024). In addition, Ms. Marcus and Mr. Raab are responsible for a variety of other appellate matters during the relevant time period.

    D.  Ms. Marcus and Mr. Raab also need the additional time to consult with HUD agency counsel and Department of Justice counsel who worked on the case in district court. Ms. Marcus was out of the office on May 7-10, 2024 (oral argument May 7-8; leave May 9-10), and will be taking previously scheduled leave on May 20-21, 2024.

    E.  The requested 26-day extension will not affect the Court's oral argument schedule because an oral argument date has not yet been set in this appeal.

    F.  We have contacted counsel for appellant, and they are unopposed to this motion.

    For the foregoing reasons, HUD respectfully requests an extension of 26 days, to and including July 3, 2024, within which to file its appellees' brief.

    Respectfully submitted,

MICHAEL S. RAAB
(202) 514-4053
 s/Stephanie R. Marcus
STEPHANIE R. MARCUS
(202) 514-1633
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A), and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E). The word processing program (Word for Microsoft 365) used to prepare the motion reports that the motion is 496 words long. The motion has been prepared in a proportionally spaced typeface using Word for Microsoft 365 with Times New Roman, 14 point font.

    /s/ Stephanie R. Marcus
    Stephanie R. Marcus

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2024, I electronically filed the foregoing motion, with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

I further certify that on this 15th day of May, 2024, I served the foregoing motion on counsel of record for appellants via the CM/ECF system.

    /s/ Stephanie R. Marcus
    Stephanie R. Marcus