# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5275**            **September Term, 2023**

1:13-cv-00966-RJL

**Filed On: May 16, 2024** [2054923]

National Association of Mutual Insurance Companies,

        Appellant

        v.

United States Department of Housing & Urban Development and Maria L. Fudge, in her official capacity as Secretary of Housing and Urban Development,

        Appellees

## O R D E R

Upon consideration of appellees' unopposed motion for a 26-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | July 3, 2024 |
| Appellant's Reply Brief | July 24, 2024 |
| Deferred Appendix | July 31, 2024 |
| Final Briefs | August 14, 2024 |

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                         BY:     /s/
                                 Michael C. McGrail
                                 Deputy Clerk