# In the United States Court of Appeals for the District of Columbia Circuit

───────────────

No. 23-5275

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, PLAINTIFF-APPELLANT

*v.*

UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; MARCIA L. FUDGE, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOUSING AND URBAN DEVELOPMENT, DEFENDANTS-APPELLEES

───────────────

**UNOPPOSED MOTION OF APPELLANT FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF**

───────────────

Pursuant to Federal Rule of Appellate Procedure 26(b), appellant National Association of Mutual Insurance Companies moves for a 30-day extension of time to file its reply brief. Counsel for appellant have conferred with counsel for appellees, who have consented to this request.

1. Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time to file "[f]or good cause."

2. Appellant's reply brief is currently due on July 24, 2024. Appellant requests a 30-day extension of time to file its reply brief, which would make the reply brief due on August 23, 2024.

(1)

3.  Counsel for appellant have conferred with counsel for appellees, who have consented to this request.

4.  Reasoned justification exists for appellant's request for an extension of time. The undersigned counsel has numerous other briefs and arguments with proximate due dates, including:

- an oral argument in the United States Court of Appeals for the Fifth Circuit on July 10, 2024 (*In re Serta Simmons Bedding, LLC*, Nos. 23-20181, 23-20363, 23-20450, and 23-20451);
- an oral argument in the United States Court of Appeals for the Eleventh Circuit on July 25, 2024 (*United States* v. *Bell*, No. 22-12750);
- a reply brief in the United States Court of Appeals for the Ninth Circuit due August 2, 2024 (*Owlink Technology, Inc.* v. *Cypress Technology Co., Ltd.*, No. 23-4314)

In addition, the Supreme Court's recent decision in *Loper Bright Enterprises* v. *Raimondo*, 603 U.S. ___ (2024), relates directly to issues in this appeal, and counsel requires additional time to determine the effect of that decision on this appeal.

Accordingly, appellant's counsel requires an additional 30 days to prepare appellant's reply brief.

5. The Court previously granted appellant's motion for a 30-day extension to file its opening brief and the government's motion for a 26-day extension to file its appellee brief. This motion is not made for delay. No party will be prejudiced if it is granted.

                                           Respectfully submitted,

                                           /s/ Kannon K. Shanmugam
                                         KANNON K. SHANMUGAM
                                         PAUL, WEISS, RIFKIND,
                                             WHARTON & GARRISON LLP
                                         *2001 K Street, N.W.*
                                         *Washington, DC 20006*
                                         *(202) 223-7300*
                                         *kshanmugam@paulweiss.com*

JULY 8, 2024

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d)(1)(E) and (d)(2)(A), 32(a)(5), and 32(a)(6) that the foregoing Unopposed Motion Of Appellant For An Extension Of Time to File Reply Brief is proportionately spaced, has a typeface of 14 points or more, and contains 321 words. I further certify that the electronic version of this filing was automatically scanned for viruses and found to contain no known viruses.

JULY 8, 2024                                         /s/ Kannon K. Shanmugam
                                                     KANNON K. SHANMUGAM