ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 23-5275
_____

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,

*Plaintiff-Appellant,*

*v.*

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND ADRIANNE TODMAN, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY OF HOUSING AND URBAN DEVELOPMENT,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court for the District of Columbia,
Case No. 1:13-cv-966,
Before the Honorable Richard J. Leon, J.

_____

## NOTICE OF INTENT OF THE LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, NATIONAL FAIR HOUSING ALLIANCE, *et al.* TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF APPELLEE BY CONSENT

_____

Thomas Silverstein
Brook Hill
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K St. NW #900
Washington, DC 20005
Tel: (202) 662-8600
tsilverstein@lawyerscommittee.org
bhill@lawyerscommittee.org

Brian Corman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Tel: (202) 408-4600
bcorman@cohenmilstein.com

Morgan Williams
**NATIONAL FAIR HOUSING ALLIANCE**
1331 Pennsylvania Ave. NW #650
Washington, DC 20004
Tel: (202) 898-1661
mwilliams@nationalfairhousing.org

*Attorneys for Amici*

July 9, 2024

## NOTICE OF INTENT TO PARTICIPATE AS *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29(b), the Lawyers' Committee for Civil Rights Under Law, the National Fair Housing Alliance, AARP, the National Consumer Law Center, the Poverty & Race Research Action Council, the National Low Income Housing Coalition, the National Housing Law Project, and the NAACP Legal Defense and Educational Fund hereby notify this Court of their intent to file an amicus curiae brief in support of the United States Department of Housing and Urban Development, *et al.* ("HUD") in the above-captioned matter. The *amici* will timely file an amicus brief in support of HUD that does not exceed 6,500 words. All parties have consented to the filing of this brief.

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amici* make these disclosures: Each is a nonprofit organization and has no parent corporation, subsidiaries, or affiliates with any outstanding securities in the hands of the public. No publicly traded company has a ten percent or greater ownership interest in any of the *amici*.

Respectfully submitted,

*/s/ Brian Corman*_____

Brian Corman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W., Suite 500
Washington, DC  20005
Tel: (202) 408-4600
bcorman@cohenmilstein.com

Thomas Silverstein
Brook Hill
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K St. NW #900
Washington, DC 20005
Tel: (202) 662-8600
tsilverstein@lawyerscommittee.org
bhill@lawyerscommittee.org

Morgan Williams
**NATIONAL FAIR HOUSING ALLIANCE**
1331 Pennsylvania Ave. NW #650
Washington, DC 20004
Tel: (202) 898-1661
mwilliams@nationalfairhousing.org

Attorneys for *Amici Curiae*

Dated:     July 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, an electronic PDF of the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which effected service upon counsel of record through the Court's system.

July 9, 2024

/s/   *Brian Corman*

Brian Corman

*Counsel for Amicus Curiae*