# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5275**                                    **September Term, 2023**

**1:13-cv-00966-RJL**

**Filed On: July 10, 2024** [2064033]

National Association of Mutual Insurance
Companies,

        Appellant

     v.

United States Department of Housing &
Urban Development and Maria L. Fudge, in
her official capacity as Secretary of
Housing and Urban Development,

        Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | August 23, 2024 |
| Deferred Appendix | August 30, 2024 |
| Final Briefs | September 13, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk