# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5275**                           **September Term, 2024**

**1:13-cv-00966-RJL**

**Filed On: October 25, 2024**

National Association of Mutual Insurance
Companies,

         Appellant

         v.

United States Department of Housing &
Urban Development and Maria L. Fudge, in
her official capacity as Secretary of Housing
and Urban Development,

         Appellees

     **BEFORE:**     Henderson and Pan, Circuit Judges; Edwards, Senior Circuit Judge

### O R D E R

     It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing whether appellant the National Association of Mutual Insurance Companies (NAMIC) has Article III standing to pursue its challenge to the U.S. Department of Housing & Urban Development's rule, 24 C.F.R. § 100.500(c) (2023). *See Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 415 (2013) (a plaintiff cannot manufacture standing by inflicting harm on itself based on fear of uncertain future harm). The supplemental briefs may not exceed 3,900 words and are due by 4:00 p.m. on Friday, November 8, 2024.

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                     BY:     /s/
                              Scott H. Atchue
                              Deputy Clerk