IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants-Appellees. | No. 23-5275 |

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLEES
AND NOTICE OF SUBSTITUTION OF LEAD COUNSEL**

Stephanie R. Marcus hereby moves to withdraw as counsel in the above-captioned appeal and to substitute Jeffrey E. Sandberg as lead counsel of record for defendants-appellees the U.S. Department of Housing and Urban Development (HUD), and Adrianne Todman, Acting Secretary of HUD. Mr. Sandberg, who is also an attorney with the Appellate Staff of the Civil Division of the U.S. Department of Justice, is filing his appearance as lead counsel of record today. Michael Raab will also continue to serve as counsel on this appeal. Ms. Marcus is withdrawing as counsel because she will be retiring from the Department of Justice on December 28, 2024.

        Respectfully submitted,

        s/ Stephanie R. Marcus
        STEPHANIE R. MARCUS
        Attorney, Appellate Staff
        Civil Division, Room 7539
        U.S. Department of Justice
        950 Pennsylvania Ave., N.W.
        Washington, D.C. 20530
        (202) 514-1633

DECEMBER 2024

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A), and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E).  The word processing program (Word for Microsoft 365) used to prepare the motion reports that the motion is 153 words long.  The motion has been prepared in a proportionally spaced typeface using Word for Microsoft 365 with Times New Roman, 14 point font.

                                   /s/ Stephanie R. Marcus
                                     Stephanie R. Marcus

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2024, I filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.  I further certify that on this 18th day of December, 2024, I served the foregoing motion on counsel of record via the CM/ECF system.

                                   /s/ Stephanie R. Marcus
                                     Stephanie R. Marcus