IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL ASSOCIATION OF MUTUAL
INSURANCE COMPANIES,

*Plaintiff-Appellant*,

v.

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT *et al.*,

*Defendants-Appellees*.

No. 23-5275

**UNOPPOSED MOTION TO HOLD APPEAL IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, defendants-appellees U.S. Department of Housing and Urban Development (HUD) *et al.* respectfully move to hold this appeal in abeyance. This motion is unopposed.

**1.** This appeal concerns a pre-enforcement challenge to a final rule issued by HUD in 2023 addressing the decisional framework for analyzing discriminatory-effect claims under the Fair Housing Act. *See* 88 Fed. Reg. 19,450 (Mar. 31, 2023) (2023 Rule). Plaintiff-appellant National Association of Mutual Insurance Companies (NAMIC) alleges that the 2023 Rule is unlawful as applied to the ratemaking and underwriting practices of

homeowners' insurers. After the district court entered summary judgment for the government on the merits, NAMIC appealed. Oral argument was held on November 20, 2024 before Judges Henderson, Pan, and Edwards.

**2.** Due to the recent change in administration on January 20, 2025, HUD is now under new leadership. Although new agency officials are still in the process of onboarding and familiarizing themselves with all of the issues presented by pending litigation, HUD's leadership have indicated that the agency intends to reconsider the 2023 Rule.

**3.** Because HUD's forthcoming actions may obviate the need for this Court to address the merits of NAMIC's challenges, we respectfully suggest that this appeal be placed in abeyance, with a status report due from the government in 60 days. Such an abeyance will conserve judicial resources and promote the efficient and orderly disposition of this appeal.

**4.** Counsel for NAMIC have authorized us to state that they do not oppose this motion.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that this appeal be held in abeyance, with a status report to be filed by the government in 60 days.

Respectfully submitted,

MICHAEL S. RAAB
 /s/ *Jeffrey E. Sandberg*
JEFFREY E. SANDBERG
(202) 532-4453
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Room 7214
  Washington, DC 20530

*Counsel for Defendants-Appellees*

JANUARY 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 290 words.

                                                  /s/ *Jeffrey E. Sandberg*
                                                  Jeffrey E. Sandberg
                                                  *Counsel for Defendants-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I electronically filed the foregoing motion with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                  /s/ *Jeffrey E. Sandberg*
                                                  Jeffrey E. Sandberg
                                                  *Counsel for Defendants-Appellees*