[ORAL ARGUMENT HELD ON NOVEMBER 20, 2024]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL ASSOCIATION OF MUTUAL
INSURANCE COMPANIES,

*Plaintiff-Appellant*,

v.

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT *et al.*,

*Defendants-Appellees*.

No. 23-5275

## STATUS REPORT

Defendants-appellees U.S. Department of Housing & Urban Development (HUD) *et al.* respectfully provide a status report in accordance with this Court's order of February 6, 2025, which granted appellees' unopposed motion to hold this appeal in abeyance and directed appellees to file status reports at 60-day intervals beginning on April 7, 2025.

As the Court is aware, this appeal concerns a pre-enforcement challenge to a final rule issued by HUD in 2023 addressing the decisional framework for analyzing discriminatory-effects claims under the Fair Housing Act. *See* 88 Fed. Reg. 19,450 (Mar. 31, 2023). Plaintiff-appellant National Association of Mutual Insurance Companies (NAMIC) alleges that the 2023 Rule is unlawful as applied

to the ratemaking and underwriting practices of homeowners' insurers. After the district court entered summary judgment for appellees, NAMIC appealed. Oral argument was held on November 20, 2024 before Judges Henderson, Pan, and Edwards.

As previously explained in appellees' motion to hold the appeal in abeyance, as a result of the change in administration on January 20, 2025, HUD is now under new leadership, who have indicated that the agency intends to reconsider the 2023 Rule. HUD officials are continuing to review the 2023 Rule and considering the process for its reconsideration. Appellees will file their next status report on or before June 6, 2025.

Respectfully submitted,

MICHAEL S. RAAB
 /s/ *Jeffrey E. Sandberg*
JEFFREY E. SANDBERG
(202) 532-4453
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Room 7214
  Washington, DC 20530

*Counsel for Defendants-Appellees*

APRIL 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I electronically filed the foregoing status report with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      /s/ Jeffrey E. Sandberg
      Jeffrey E. Sandberg
      *Counsel for Defendants-Appellees*