# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-5275** | **September Term, 2025** |
| | 1:13-cv-00966-RJL |
| | **Filed On: October 8, 2025** [2139406] |

National Association of Mutual Insurance Companies,

        Appellant

        v.

United States Department of Housing & Urban Development and Scott Turner, in his official capacity as Secretary of Housing and Urban Development,

        Appellees

    **BEFORE:**    Henderson and Pan, Circuit Judges; Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of the government's motion for a stay of the status report deadline in light of the lapse of appropriations, and the October 6, 2025, status report, it is

**ORDERED** that the motion be dismissed as moot in light of the filing of the October 6, 2025, status report.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk