[ORAL ARGUMENT HELD ON NOVEMBER 20, 2024]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,

*Plaintiff-Appellant*,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT *et al.*,

*Defendants-Appellees*.

No. 23-5275

**STATUS REPORT**

Defendants-appellees U.S. Department of Housing & Urban Development (HUD) *et al.* respectfully provide a status report in accordance with this Court's order of February 6, 2025, which granted their unopposed motion to hold this appeal in abeyance and directed appellees to file status reports at 60-day intervals.

As the Court is aware, this appeal concerns a pre-enforcement challenge to a final rule issued by HUD in 2023 addressing the decisional framework for analyzing discriminatory-effects claims under the Fair Housing Act. *See* 88 Fed. Reg. 19,450 (Mar. 31, 2023).

Plaintiff-appellant National Association of Mutual Insurance Companies (NAMIC) has alleged that the 2023 Rule is unlawful as applied to the ratemaking and underwriting practices of homeowners' insurers. After the district court entered summary judgment for appellees, NAMIC appealed. Oral argument was held on November 20, 2024 before Judges Henderson, Pan, and Edwards.

On January 14, 2026, HUD issued a notice of proposed rulemaking to revoke the regulatory provisions challenged in this case. *See* 91 Fed. Reg. 1,475, 1,476 (Jan. 14, 2026) (2026 NPRM). The 2026 NPRM states that "several factors have prompted HUD to reconsider its discriminatory effects regulations," including the issuance of Executive Order 14281, which "instructs all federal agencies including HUD to, in coordination with the Attorney General, review existing regulations and rules that impose disparate impact liability and consider amendment or repeal of these regulations as appropriate under applicable law." *Id.* HUD has provided for a 30-day comment period on the proposal.

Appellees will file their next status report on or before April 3, 2026.

Respectfully submitted,

MICHAEL S. RAAB
/s/ *David L. Peters*
David L. Peters
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202)-598-6735

*Counsel for Defendants-Appellees*

FEBRUARY 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026 I electronically filed the foregoing status report with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ David L. Peters*
David L. Peters
*Counsel for Defendants-Appellees*